IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GLORIA BAILEY,                      )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     1:21CV686
                                    )
HALSTED FINANCIAL SERVICES, LLC     )
                                    )
          Defendants.               )

### ORDER OF REMAND

On August 22, 2022, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 24, 25.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand, (Doc. 21), is **GRANTED**, and this action is **REMANDED** to the General Court of Justice, Superior Court Division, in Forsyth County, North Carolina, for further proceedings. The Clerk of Court is directed to send a certified copy of this Order to the Forsyth County District Court Clerk.

**IS FURTHER ORDERED** that Defendant Halsted Financial Services, LLC's Motion to Compel Arbitration of the the individual claims asserted by Plaintiff's and to dismiss all further proceedings with prejudice, (Doc. 17), is **DENIED AS MOOT** without prejudice for lack of subject matter jurisdiction.

This the 26th day of September, 2022.

/s/ William L. Osteen, Jr.
United States District Judge